UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant(s). | Case No. 25-cv-00431-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

This civil action under 42 U.S.C. § 1983 by a prisoner was filed on January 13, 2025. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has neither provided the court with the requisite items nor sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: February 24, 2025

_____
CHARLES R. BREYER
United States District Judge